## JULY 23, 1980

PEOPLE v MAJOR. (Docket No. 62316.) Opinion reported at 407 Mich 394 adhered to on reconsideration. The stay of proceedings previously entered is dissolved. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attor-

ney, *Edward Reilly Wilson,* Principal Attorney, Appeals, and *A. George Best, II,* Assistant Prosecuting Attorney, for the people. State Appellate Defender, *Janet Tooley,* Assistant Defender, for defendant-appellant. Case below, Court of Appeals No. 78-277, per curiam opinion of November 13, 1978.